IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-00776-REB-MJW

MENTOR WORLDWIDE LLC,

Plaintiff(s),

v.

KRISTINE CRAIGO,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant's Unopposed Motion to Appear by Telephone at the June 7, 2012 Status Conference, DN 55, filed with the Court on June 1, 2012, is GRANTED.  Out-of-State Counsel for the Defendant shall initiate a conference call and connect the court as the final connection by calling (303) 844-2403 on June 7, 2012, at 11:00 a.m. (Mountain Time).

Date:  June 1, 2012