## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 12-cv-00776-REB-MJW

MENTOR WORLDWIDE LLC,

    Plaintiff,

v.

KRISTINE CRAIGO,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on **Plaintiff's Motion To Dismiss Case Without Prejudice** [#63][1] filed December 3, 2012. After reviewing the motion and the record, I conclude that the motion should be granted and that this case should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion To Dismiss Case Without Prejudice** [#63] filed December 3, 2012, is **GRANTED**;

2. That the Final Pretrial Conference and Trial Preparation Conference set for April 19, 2013, are **VACATED**;

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

    3.  That the trial to the court set to commence April 29, 2013, is **VACATED**; and

    4.  That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 3, 2012, at Denver, Colorado.

                      **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge